# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 4:25-MJ-56 |
| | ) | |
| **JEFFERSON FLORES-PADILLA** and | ) | |
| **SINDI MENCIAS-ESCOBAR** | ) | |

## ORDER OF DISMISSAL

The Government's motion for an order dismissing, without prejudice, the complaint made against **JEFFERSON FLORES-PADILLA** and **SINDI MENCIAS-ESCOBAR** is GRANTED. The complaint in the above-captioned case is hereby dismissed without prejudice. The defendants were indicted in the Southern District of Georgia, Case 4:25cr82-RSB-CLR, USA v. Flores-Padilla, et al.

**SO ORDERED** this 28th day of July 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA